**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

JONIKA K. NELSON                                                                     **PLAINTIFF**

V.                                                                     **NO. 4:26-CV-17-RPC-DAS**

**ALLSTATE VEHICLE & PROPERTY
INSURANCE CO., et al.**                                                                     **DEFENDANTS**

**ORDER**

Before this Court is the Defendant Allstate Vehicle & Property Insurance Co.'s (Allstate) Motion to Dismiss Certain Counts in the Plaintiff's Complaint [10] for failure to state a claim. The Motion to Dismiss [10] was filed on March 3, 2026. On March 17, 2026, Plaintiff Jonika Nelson filed an Amended Complaint [12]. Because Nelson was within her 21 days to amend pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the Amended Complaint [12] is now the operative complaint. The filing to the Amended Complaint [12] causes the previously filed Motion to Dismiss [10] to be moot. *See* ***Richardson v. Saul***, No. 4:20-CV-33-DMB-JMV, 2021 WL 1156621, at *2 (N.D. Miss. Mar. 26, 2021). Allstate's Motion to Dismiss Certain Counts of the Amended Complaint [14] remains pending.

Therefore, the Court **DISMISSES** Allstate's Motion to Dismiss [10] as **MOOT**.

SO ORDERED, this the 21st day of May, 2026.

**UNITED STATES DISTRICT JUDGE**

{D2554969.1}