**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JONIKA K. NELSON**                                                          **PLAINTIFF**

**V.**                                                          **NO. 4:26-CV-17-RPC-DAS**

**ALLSTATE VEHICLE & PROPERTY**
**INSURANCE CO., et al**                                                          **DEFENDANTS**

## ORDER

For the reasons articulated in the Court's Memorandum Opinion and Order issued this day, Plaintiff Jonika K. Nelson's Motion to Join Trustmark Bank as a Required Party Under Rule 19 and to Remand [Doc. 18] is **GRANTED in part and DENIED in part**. Plaintiff is hereby directed to join Trustmark Bank as a necessary party and to notify Trustmark of its joinder no later than **June 17, 2026**. Upon notification, should Trustmark elect to participate, it is directed to file an appropriate pleading consistent with the Federal Rules of Civil Procedure within thirty (30) days of joinder. Should Trustmark decline to participate, it shall notify the Court and the parties of its election not to actively participate in this litigation. Trustmark shall nonetheless remain a party to this action pursuant to F.R.C.P. 19(a)(2) and be bound by any judgment entered herein but shall not be required to take any affirmative litigation steps.

**SO ORDERED**, this the 2nd day of June, 2026.

_____
**UNITED STATES DISTRICT JUDGE**